# EXHIBIT A

to

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTARIAN PARTY OF PENNSYLVANIA, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>TOM WOLF, in his official capacity as Governor of the Commonwealth of Pennsylvania, et al.<br><br>Defendants. | Case No: 5:20-cv-2299<br><br>Judge Smith |

**DECLARATION OF DREW G. MILLER**
**IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**(pursuant to 28 U.S.C. §1746)**

I, Drew G. Miller, counsel for the Plaintiffs in the above captioned case, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge:

1. The calculations used to determine the population of the Pennsylvania Counties listed on the spreadsheet provided to the Defendants and Potential Intervener were obtained from the U.S. Census Bureau's 2019 population estimates.[1]

---

[1] https://www.census.gov/search-results.html?q=population+Pennsylvania+counties&page=1&stateGeo=none&searchtype=web&cssp=SERP&_charset_=UTF-8 (accessed June 12, 2020).

2. *The classification of counties as being either the "green phase" or the "yellow phase" came from the Commonwealth of Pennsylvania's website on a page titled, Responding To COVID-19 In Pennsylvania, and in a section titled, What Phase Is My County In?*[2]

3. The calculations for the total population of counties in the green phase (3,772,932) and total population of counties in the yellow phase (9,030,931) were calculated by inputting the county population numbers from the aforementioned U.S. Census data and using Microsoft Excel's sum feature to add all of the population cells in the green counties and all of the population cells in the yellow counties.

4. The calculations for the total PA population were calculated by using the sum feature in Microsoft Excel to add the total populations of the green phase counties and the total population of the yellow phase counties to arrive at the total number of 12,803,863.

5. The calculations to obtain the percentage of the total PA population that is in the green phase were obtained by using Microsoft Excel to divide the total population of the green phase counties (3,772,932) by the total PA population (12,803,863) and then changing that number to a percentage, being 29.467%.

6. The calculations to obtain the percentage of the total PA population that is in the yellow phase were obtained by using Microsoft Excel to divide the total population of the yellow phase counties (9,030,931) by the total PA population (12,803,863) and then changing that number to a percentage, being 70.533%.

Executed: June 12, 2020

_____
Drew G. Miller

---

[2] https://www.pa.gov/guides/responding-to-covid-19/#WhatPhaseIsMyCountyin

| YELLOW COUNTIES | | GREEN COUNTIES | |
|---|---:|---|---:|
| County | Population | County | Population |
| Adams | 103,009 | Allegheny | 1,216,045 |
| Beaver | 163,929 | Armstrong | 64,735 |
| Berks | 421,164 | Bedford | 49,762 |
| Bucks | 628,270 | Blair | 121,829 |
| Carbon | 64,182 | Bradford | 60,323 |
| Chester | 524,989 | Butler | 187,853 |
| Columbia | 64,964 | Cambria | 130,192 |
| Cumberland | 253,370 | Cameron | 4,447 |
| Dauphin | 278,299 | Centre | 162,385 |
| Delaware | 566,747 | Clarion | 38,438 |
| Erie | 269,728 | Clearfield | 79,255 |
| Franklin | 155,027 | Clinton | 38,632 |
| Huntington | 45,144 | Crawford | 84,629 |
| Juniata | 24,763 | Elk | 29,910 |
| Lackawanna | 209,674 | Fayette | 129,274 |
| Lancaster | 545,724 | Forest | 7,247 |
| Lebanon | 141,793 | Fulton | 14,530 |
| Lehigh | 369,318 | Greene | 36,233 |
| Luzerne | 317,417 | Indiana | 84,073 |
| Mifflin | 46,138 | Jefferson | 43,425 |
| Monroe | 170,271 | Lawrence | 85,512 |
| Montgomery | 830,915 | Lycoming | 113,299 |
| Northampton | 305,285 | McKean | 40,625 |
| Northumberland | 90,843 | Mercer | 109,424 |
| Perry | 46,272 | Montour | 18,230 |
| Philadelphia | 1,584,064 | Potter | 16,526 |
| Pike | 55,809 | Snyder | 40,372 |
| Shuylkill | 141,359 | Somerset | 73,447 |
| Susquehanna | 40,328 | Sullivan | 6,066 |
| Union | 44,923 | Tioga | 40,591 |
| Wayne | 51,361 | Venango | 50,668 |
| Wyoming | 26,794 | Warren | 39,191 |
| York | 449,058 | Washington | 206,865 |
|  |  | Westmoreland | 348,899 |
| **TOTAL** | 9,030,931 | **TOTAL** | 3,772,932 |
| **% OF TOTAL POP** | **70.533%** | **% OF TOTAL POP** | **29.467%** |

**TOTAL PA POPULATION**  12,803,863