IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF PENNSYLVANIA; THE CONSTITUTION PARTY OF PENNSYLVANIA; GREEN PARTY OF PENNSYLVANIA; STEVE SCHEETZ; KEVIN GAUGHEN; ALAN SMITH; TIMOTHY RUNKLE; BOB GOODRICH; and JUSTIN MAGILL, | : : : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 20-2299 |
| v. | : : | |
| TOM WOLF, in his official capacity of Governor of the Commonwealth of Pennsylvania; KATHY BOOCKVAR, in her official capacity as Secretary of the Commonwealth of Pennsylvania; and JONATHAN M. MARKS, in his official Capacity as Deputy Secretary for Elections and Commissions, | : : : : : : : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 12th day of June, it is hereby **ORDERED** that the hearing on the emergency motion for temporary restraining order and preliminary injunction, as well as on any other pending motions, currently scheduled for Wednesday, June 24, 2020, at 10:00 a.m. is **RESCHEDULED** to **Tuesday**, **June 23, 2020** at **1:30 p.m.** via a video conference. Instructions for the video conference will be provided to the parties by email at a later date.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.