UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTARIAN PARTY OF PENNSYLVANIA, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>TOM WOLF, in his official capacity as Governor of the Commonwealth of Pennsylvania, et al.<br><br>    Defendants. | Case No: 5:20-cv-2299<br><br>Judge Smith |

## DECLARATION OF MARC BOZZACCO

### (pursuant to 28 U.S.C. §1746)

I, Marc Bozzacco, a resident of Pennsylvania and a member of the Libertarian Party of Pennsylvania (LPPA), hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge:

- On Saturday, June 27, 2020, I went to Fort Washington State Park in Montgomery County, Pennsylvania to collect signatures on nomination papers for Libertarian Party of Pennsylvania candidates to be placed on the November 2020 General Election Ballot.

- I have collected signatures in Fort Washington State Park in the past – without

1



MB 6/30/20

incident – for candidates looking to be placed on the 2018 General Election Ballot.

- Prior to collecting signatures on June 27, 2020, I purchased pens, hand sanitizer and disinfecting wipes to take with me.

- I was collecting signatures with five other individuals associated with the Libertarian Party of Pennsylvania.

- We were collecting signatures for approximately three hours.

- I have estimated that there were at least 100 people in the park that day, but likely more than 100.

- People in the park were hesitant to talk to us. Most people walked away and would not engage in a conversation.

- After approximately three hours of trying to collect signatures, a park ranger approached us and told us we were not permitted to petition for signatures, so we left.

- Among the five people, we collectively obtained just twelve signatures over the course of three hours.

Executed on June 30, 2020.    MARC BOZZACCO

_____   6/30/20