UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**LIBERTARIAN PARTY OF PENNSYLVANIA, et al.,**

**Plaintiffs,**

v.                                                   Case No. 5:20-cv-2299

**TOM WOLF, in his official capacity as Governor
of Pennsylvania, et al.,**

**Defendants.**

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

     In *People Not Politicians v. Clarno*, No. 6:20-cv-01053, at 2 (D. Oregon, July 13, 2020) (attached), the Court concluded that Oregon's strict enforcement of its signature collection rules during the COVID-19 crisis violated the First Amendment and directed Oregon "to decide to either allow Plaintiffs initiative on the ballot as presented, or lower the required signature threshold to 58,789 [from 149,360] and extend the submission deadline to August 17, 2020." Applying *Anderson-Burdick* balancing, the Court refused to, per Oregon's suggestion, "suspend belief in finding that because the Executive Orders did not explicitly ban petition gathering, Plaintiffs could somehow continue to solicit in-person signatures," *id*. at 8, found that "Plaintiffs faced pandemic-related regulations that severely diminished their chances of collecting the necessary signatures by July 2, 2020," *id*., found that Oregon, "even when requested, refused to lower the threshold or alter the turn-in deadline," and because of the lack of "an accommodation from Defendant" presented the circulators with "an impossible task" such that they "can now only get their initiative on the November 2020 ballot with an order of relief from this Court." *Id*. Oregon's "refus[al] to make reasonable accommodation, during the unprecedented time of the pandemic, reduced the total quantum of speech" and therefore violated the First Amendment. *Id*. at 11.

     Respectfully submitted,

     *s/ Drew Gray Miller*

     Drew Gray Miller, Esq. PA ID: 207830
     Anderson & Labovitz, LLC
     428 Forbes Ave., Suite 1901
     Pittsburgh, PA 15219
     Mobile: 412-760-3286
     Fax: 412-291-1001
     dmiller@PaLawFirm.com

| | |
|---|---|
| Oliver B. Hall | Mark R. Brown |
| CENTER FOR COMPETITIVE DEMOCRACY | 303 East Broad Street |
| P.O. Box 21090 | Columbus, OH 43215 |
| Washington, D.C. 20009 | (614) 236-6590 |
| (202) 248-9294 | (614) 236-6956 (fax) |
| oliverhall@competitivedemocracy.org | mbrown@law.capital.edu |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the Court's CM/ECF system, which will effect service upon all counsel of record.

*/s/Drew Miller*
Drew Miller
