# Exhibit A

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-034

No. 20-2481

LIBERTARIAN PARTY OF PENNSYLVANIA; CONSTITUTION PARTY OF PENNSYLVANIA; GREEN PARTY OF PENNSYLVANIA; STEVE SCHEETZ; KEVIN GAUGHEN; ALAN SMITH; TIMOTHY RUNKLE; BOB GOODRICH; JUSTIN MAGILL,

                Appellants

v.

GOVERNOR OF PENNSYLVANIA; SECRETARY COMMONWEALTH OF PENNSYLVANIA; SECRETARY ELECTIONS AND COMMISSIONS

PENNSYLVANIA DEMOCRATIC PARTY
(Intervenor in District Court)

(E.D. Pa. No. 5-20-cv-02299)

Present: AMBRO, SHWARTZ, and BIBAS, Circuit Judges

1. Emergency Motion by Appellants for Injunction Pending Appeal and Alternatively to Expedite Appeal with the Proposed Briefing Schedule:

    Appellants' Brief and Appendix due July 20, 2020;
    Appellees' Brief due July 24, 2020;
    Appellants' Brief due July 26, 2020.

                                    Respectfully,
                                    Clerk/KR

_____ORDER_____

The request to expedite this appeal is GRANTED. The parties' merits briefs must be filed and served by the following deadlines:

    Appellants' opening brief:    July 20, 2020;
    Appellees' response briefs:    noon on Friday, July 24, 2020;
    Appellants' reply brief:    4:00 p.m. on Sunday, July 26, 2020.

The request for an injunction pending appeal is referred to the merits panel. Any response to the injunction motion must be filed by noon on Friday, July 24, 2020, and may be included in the appellees' merits briefs.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated: July 20, 2020

cc:   All Counsel of Record