UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**LIBERTARIAN PARTY OF PENNSYLVANIA, et al.,**

**Plaintiffs,**

v.                                            Case No. 5:20-cv-2299

**TOM WOLF, in his official capacity as Governor
of Pennsylvania, et al.,**

**Defendants.**

## PLAINTIFFS' NOTICE OF DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby dismiss all claims asserted in this case.

Present circumstances compel Plaintiffs to take this action despite their profound concern that Defendants' failure to include Governor Wolf's two Stay-at-Home orders in the parties' joint evidentiary submission, in violation of the parties' agreement, prejudiced Plaintiffs' right to a full and fair hearing on the merits of their claims, including in the proceedings before the Court of Appeals.

Respectfully submitted,

*s/ Oliver B. Hall*

| | |
|---|---|
| Mark R. Brown | Oliver B. Hall |
| 303 East Broad Street | CENTER FOR COMPETITIVE DEMOCRACY |
| Columbus, OH 43215 | P.O. Box 21090 |
| (614) 236-6590 | Washington, D.C. 20009 |
| (614) 236-6956 (fax) | (202) 248-9294 |
| mbrown@law.capital.edu | oliverhall@competitivedemocracy.org |

Drew Gray Miller, Esq. PA ID: 207830
Anderson & Labovitz, LLC
428 Forbes Ave., Suite 1901
Pittsburgh, PA 15219
Mobile: 412-760-3286
Fax: 412-291-1001
dmiller@PaLawFirm.com
*Counsel of Record*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020 the foregoing document was filed through the Court's CM/ECF system, which will effect service upon all counsel of record.

/s/Oliver B. Hall
Oliver B. Hall